# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Melissa A. Danner         BK NO. 25-02412 HWV

              Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                                        Respectfully submitted,

                                   /s/ Matthew Fissel
                                   Matthew Fissel
                                   08 Sep 2025, 16:03:09, EDT

                                   KML Law Group, P.C.
                                   BNY Mellon Independence Center
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA  19106
                                   215-627-1322