

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Melissa Danner | 593836-1 | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 593836 | E593836 | Hourly |
| | **Job Title** | **Tax Reporting Unit Name** |
| | Medical Assistant, Expert | Pinnacle Health Medical Services |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 102 Woodland Avenue<br>New Cumberland, PA 17070<br>US | Medical Assistant, Expert | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 29-Jun-2025 | 12-Jul-2025 | 18-Jul-2025 | 23.88 |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,910.43 | 30,558.17 |
| Imputed Earnings | 0.00 | 16.00 |
| Pretax Deductions | 171.24 | 2,552.39 |
| Employee Tax Deductions | 360.94 | 5,441.72 |
| Voluntary Deductions | 12.81 | 192.15 |
| Net Payment | 1,365.44 | 22,355.91 |

### Earnings

| Description | Current | Year to Date |
|---|---|---|
| Basic Life Taxable | 0.00 | 16.00 |
| Day OT Premium | 0.00 | 157.11 |
| Day OT Regular | 0.00 | 314.20 |
| Day Regular | 1,234.59 | 24,425.72 |
| Holiday Time Off Paid | 191.04 | 935.28 |
| Tuition Exempt ETU V1 | 0.00 | 2,210.18 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 51.70 | Hours | 23.88 | 1.00 | 1,234.59 |
| Holiday Time Off Paid | | | 8.00 | Hours | 23.88 | 1.00 | 191.04 |
| PTO Buy Entitlement Earnings Results | | | 7.01 | Hours | 23.88 | 1.00 | 167.52 |
| PTO Entitlement | | | 13.29 | Hours | 23.88 | 1.00 | 317.28 |

### Absences

| Description | Current | Year to Date |
|---|---|---|
| PTO Buy Entitlement Payment | 167.52 | 703.13 |
| PTO Entitlement Payment | 317.28 | 1,796.55 |

### Hours

| Description | Current | Year to Date |
|---|---|---|
| Day OT Premium Hours Worked | 0.00 | 13.49 |
| Day OT Regular Hours Worked | 0.00 | 13.49 |
| Day Regular Hours Worked | 51.70 | 1,047.75 |
| Holiday Time Off Paid Hours Worked | 8.00 | 40.00 |
| PTO Buy Entitlement Hours | 7.01 | 30.23 |
| PTO Entitlement Hours | 13.29 | 76.33 |
| Paid Meal Break | 2.50 | 31.00 |
| Time Off Without Pay Hours Worked | 0.00 | 6.27 |


| Pretax Deductions | | |
|---|---:|---:|
| Description | Current | Year to Date |
| Advantage Silver EE Pre Tax | 24.92 | 373.80 |
| Elite Vision EE Pre Tax | 4.05 | 60.75 |
| PTO Buy Pre Tax V2 | 35.46 | 531.90 |
| Premium Dental EE Pre Tax | 11.29 | 169.35 |
| Savings Plan 403b | 95.52 | 1,416.59 |

| Tax Deductions | | |
|---|---:|---:|
| Description | Current | Year to Date |
| FIT Withheld | 130.30 | 1,919.40 |
| Social Security Employee Withheld | 113.76 | 1,687.16 |
| Medicare Employee Withheld | 26.61 | 394.58 |
| SIT Withheld (PA) | 56.33 | 902.79 |
| SUI Employee Withheld (PA) | 1.34 | 21.38 |
| City Withheld (PA,Cumberland,New Cumberland) | 9.17 | 147.04 |
| Head Tax Withheld (PA,Dauphin,Harrisburg) | 6.00 | 90.00 |
| School Withheld (PA,West Shore SD) | 17.43 | 279.37 |

| Other Deductions | | |
|---|---:|---:|
| Description | Current | Year to Date |
| Alight General Loan (0) | 12.81 | 192.15 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---:|
| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
| 13158030197 | | | XXXXX4355 | USD | 500.00 |
| 13158030406 | | | XXXXXX6695 | USD | 865.44 |

| Tax Withholding Information | | | |
|---|---|---:|---:|
| Type | Marital Status | Total Dependent Amount | Extra Withholding |
| FEDERAL | Single or Married filing separately | 0.00 | 0.00 |

| Tax Withholding Information | | | |
|---|---|---:|---:|
| Type | Marital Status | Exemptions | Additional Amount |
| PA | | | 0.00 |



| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Melissa Danner | 593836-1 | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 593836 | E593836 | Hourly |
| | **Job Title** | **Tax Reporting Unit Name** |
| | Medical Assistant, Expert | Pinnacle Health Medical Services |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 102 Woodland Avenue<br>New Cumberland, PA 17070<br>US | Medical Assistant, Expert | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 15-Jun-2025 | 28-Jun-2025 | 3-Jul-2025 | 23.88 |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,997.44 | 28,647.74 |
| Imputed Earnings | 2.50 | 16.00 |
| Pretax Deductions | 175.47 | 2,381.15 |
| Employee Tax Deductions | 381.37 | 5,080.78 |
| Voluntary Deductions | 12.81 | 179.34 |
| Net Payment | 1,425.29 | 20,990.47 |

### Earnings

| Description | Current | Year to Date |
|---|---|---|
| Basic Life Taxable | 2.50 | 16.00 |
| Day OT Premium | 28.18 | 157.11 |
| Day OT Regular | 56.36 | 314.20 |
| Day Regular | 1,910.40 | 23,191.13 |
| Holiday Time Off Paid | 0.00 | 744.24 |
| Tuition Exempt ETU V1 | 0.00 | 2,210.18 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day OT Premium | | | 2.33 | Hours | 23.88 | 0.50 | 27.82 |
| Day OT Premium | | | 0.03 | Hours | 23.88 | 0.50 | 0.36 |
| Day OT Regular | | | 2.36 | Hours | 23.88 | 1.00 | 56.36 |
| Day Regular | | | 80.00 | Hours | 23.88 | 1.00 | 1,910.40 |

### Absences

| Description | Current | Year to Date |
|---|---|---|
| PTO Buy Entitlement Payment | 0.00 | 535.61 |
| PTO Entitlement Payment | 0.00 | 1,479.27 |

### Hours

| Description | Current | Year to Date |
|---|---|---|
| Day OT Premium Hours Worked | 2.36 | 13.49 |
| Day OT Regular Hours Worked | 2.36 | 13.49 |
| Day Regular Hours Worked | 80.00 | 996.05 |
| Holiday Time Off Paid Hours Worked | 0.00 | 32.00 |
| PTO Buy Entitlement Hours | 0.00 | 23.21 |
| PTO Entitlement Hours | 0.00 | 63.04 |
| Paid Meal Break | 4.50 | 28.50 |
| Time Off Without Pay Hours Worked | 0.00 | 6.27 |



| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Advantage Silver EE Pre Tax | 24.92 | 348.88 |
| Elite Vision EE Pre Tax | 4.05 | 56.70 |
| PTO Buy Pre Tax V2 | 35.46 | 496.44 |
| Premium Dental EE Pre Tax | 11.29 | 158.06 |
| Savings Plan 403b | 99.75 | 1,321.07 |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| FIT Withheld | 140.23 | 1,789.10 |
| Social Security Employee Withheld | 119.14 | 1,573.40 |
| Medicare Employee Withheld | 27.86 | 367.97 |
| SIT Withheld (PA) | 58.92 | 846.46 |
| SUI Employee Withheld (PA) | 1.39 | 20.04 |
| City Withheld (PA,Cumberland,New Cumberland) | 9.60 | 137.87 |
| Head Tax Withheld (PA,Dauphin,Harrisburg) | 6.00 | 84.00 |
| School Withheld (PA,West Shore SD) | 18.23 | 261.94 |

| Other Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Alight General Loan (0) | 12.81 | 179.34 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
| 13065391683 | | | XXXXX4355 | USD | 500.00 |
| 13065391707 | | | XXXXXX6695 | USD | 925.29 |

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Total Dependent Amount | Extra Withholding |
| FEDERAL | Single or Married filing separately | 0.00 | 0.00 |

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Exemptions | Additional Amount |
| PA | | | 0.00 |



# Payslip

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Melissa Danner | 593836-1 | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 593836 | E593836 | Hourly |
| | **Job Title** | **Tax Reporting Unit Name** |
| | Medical Assistant, Expert | Pinnacle Health Medical Services |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 102 Woodland Avenue<br>New Cumberland, PA 17070<br>US | Medical Assistant, Expert | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 1-Jun-2025 | 14-Jun-2025 | 20-Jun-2025 | 23.88 |

### Summary

| Description | Current | Year to Date |
|---|---:|---:|
| Gross Earnings | 1,950.80 | 26,650.30 |
| Imputed Earnings | 0.00 | 13.50 |
| Pretax Deductions | 173.26 | 2,205.68 |
| Employee Tax Deductions | 370.47 | 4,699.41 |
| Voluntary Deductions | 12.81 | 166.53 |
| Net Payment | 1,394.26 | 19,565.18 |

### Earnings

| Description | Current | Year to Date |
|---|---:|---:|
| Basic Life Taxable | 0.00 | 13.50 |
| Day OT Premium | 13.49 | 128.93 |
| Day OT Regular | 26.98 | 257.84 |
| Day Regular | 1,853.80 | 21,280.73 |
| Holiday Time Off Paid | 0.00 | 744.24 |
| Tuition Exempt ETU V1 | 0.00 | 2,210.18 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---:|---|---:|---:|---:|
| Day OT Premium | | | 1.13 | Hours | 23.88 | 0.50 | 13.49 |
| Day OT Regular | | | 1.13 | Hours | 23.88 | 1.00 | 26.98 |
| Day Regular | | | 77.63 | Hours | 23.88 | 1.00 | 1,853.80 |
| PTO Entitlement | | | 2.37 | Hours | 23.88 | 1.00 | 56.53 |

### Absences

| Description | Current | Year to Date |
|---|---:|---:|
| PTO Buy Entitlement Payment | 0.00 | 535.61 |
| PTO Entitlement Payment | 56.53 | 1,479.27 |

### Hours

| Description | Current | Year to Date |
|---|---:|---:|
| Day OT Premium Hours Worked | 1.13 | 11.13 |
| Day OT Regular Hours Worked | 1.13 | 11.13 |
| Day Regular Hours Worked | 77.63 | 916.05 |
| Holiday Time Off Paid Hours Worked | 0.00 | 32.00 |
| PTO Buy Entitlement Hours | 0.00 | 23.21 |
| PTO Entitlement Hours | 2.37 | 63.04 |
| Paid Meal Break | 3.00 | 24.00 |
| Time Off Without Pay Hours Worked | 0.00 | 6.27 |


| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Advantage Silver EE Pre Tax | 24.92 | 323.96 |
| Elite Vision EE Pre Tax | 4.05 | 52.65 |
| PTO Buy Pre Tax V2 | 35.46 | 460.98 |
| Premium Dental EE Pre Tax | 11.29 | 146.77 |
| Savings Plan 403b | 97.54 | 1,221.32 |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| FIT Withheld | 134.90 | 1,648.87 |
| Social Security Employee Withheld | 116.26 | 1,454.26 |
| Medicare Employee Withheld | 27.19 | 340.11 |
| SIT Withheld (PA) | 57.56 | 787.54 |
| SUI Employee Withheld (PA) | 1.37 | 18.65 |
| City Withheld (PA,Cumberland,New Cumberland) | 9.38 | 128.27 |
| Head Tax Withheld (PA,Dauphin,Harrisburg) | 6.00 | 78.00 |
| School Withheld (PA,West Shore SD) | 17.81 | 243.71 |

| Other Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Alight General Loan (0) | 12.81 | 166.53 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
| 12984244337 | | | XXXXX4355 | USD | 500.00 |
| 12984244474 | | | XXXXXX6695 | USD | 894.26 |

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Total Dependent Amount | Extra Withholding |
| FEDERAL | Single or Married filing separately | 0.00 | 0.00 |

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Exemptions | Additional Amount |
| PA | | | 0.00 |



# Payslip

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Melissa Danner | 593836-1 | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 593836 | E593836 | Hourly |
| | **Job Title** | **Tax Reporting Unit Name** |
| | Medical Assistant, Expert | Pinnacle Health Medical Services |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 102 Woodland Avenue<br>New Cumberland, PA 17070<br>US | Medical Assistant, Expert | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 18-May-2025 | 31-May-2025 | 6-Jun-2025 | 23.88 |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,912.27 | 24,699.50 |
| Imputed Earnings | 2.50 | 13.50 |
| Pretax Deductions | 171.21 | 2,032.42 |
| Employee Tax Deductions | 361.25 | 4,328.94 |
| Voluntary Deductions | 12.81 | 153.72 |
| Net Payment | 1,364.50 | 18,170.92 |

### Earnings

| Description | Current | Year to Date |
|---|---|---|
| Basic Life Taxable | 2.50 | 13.50 |
| Day OT Premium | 0.00 | 115.44 |
| Day OT Regular | 0.00 | 230.86 |
| Day Regular | 1,178.24 | 19,426.93 |
| Holiday Time Off Paid | 191.04 | 744.24 |
| Tuition Exempt ETU V1 | 0.00 | 2,210.18 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 49.34 | Hours | 23.88 | 1.00 | 1,178.24 |
| Holiday Time Off Paid | | | 8.00 | Hours | 23.88 | 1.00 | 191.04 |
| PTO Buy Entitlement Earnings Results | | | 0.64 | Hours | 23.88 | 1.00 | 15.26 |
| PTO Entitlement | | | 21.99 | Hours | 23.88 | 1.00 | 525.23 |

### Absences

| Description | Current | Year to Date |
|---|---|---|
| PTO Buy Entitlement Payment | 15.26 | 535.61 |
| PTO Entitlement Payment | 525.23 | 1,422.74 |

### Hours

| Description | Current | Year to Date |
|---|---|---|
| Day OT Premium Hours Worked | 0.00 | 10.00 |
| Day OT Regular Hours Worked | 0.00 | 10.00 |
| Day Regular Hours Worked | 49.34 | 838.42 |
| Holiday Time Off Paid Hours Worked | 8.00 | 32.00 |
| PTO Buy Entitlement Hours | 0.64 | 23.21 |
| PTO Entitlement Hours | 21.99 | 60.67 |
| Paid Meal Break | 2.50 | 21.00 |
| Time Off Without Pay Hours Worked | 0.00 | 6.27 |



| Pretax Deductions | | |
|---|---:|---:|
| Description | Current | Year to Date |
| Advantage Silver EE Pre Tax | 24.92 | 299.04 |
| Elite Vision EE Pre Tax | 4.05 | 48.60 |
| PTO Buy Pre Tax V2 | 35.46 | 425.52 |
| Premium Dental EE Pre Tax | 11.29 | 135.48 |
| Savings Plan 403b | 95.49 | 1,123.78 |

| Tax Deductions | | |
|---|---:|---:|
| Description | Current | Year to Date |
| FIT Withheld | 130.52 | 1,513.97 |
| Social Security Employee Withheld | 113.86 | 1,338.00 |
| Medicare Employee Withheld | 26.63 | 312.92 |
| SIT Withheld (PA) | 56.31 | 729.98 |
| SUI Employee Withheld (PA) | 1.34 | 17.28 |
| City Withheld (PA,Cumberland,New Cumberland) | 9.17 | 118.89 |
| Head Tax Withheld (PA,Dauphin,Harrisburg) | 6.00 | 72.00 |
| School Withheld (PA,West Shore SD) | 17.42 | 225.90 |

| Other Deductions | | |
|---|---:|---:|
| Description | Current | Year to Date |
| Alight General Loan (0) | 12.81 | 153.72 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---:|
| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
| 12897537915 | | | XXXXX4355 | USD | 500.00 |
| 12897537926 | | | XXXXXX6695 | USD | 864.50 |

| Tax Withholding Information | | | |
|---|---|---:|---:|
| Type | Marital Status | Total Dependent Amount | Extra Withholding |
| FEDERAL | Single or Married filing separately | 0.00 | 0.00 |

| Tax Withholding Information | | | |
|---|---|---:|---:|
| Type | Marital Status | Exemptions | Additional Amount |
| PA | | | 0.00 |



# Payslip

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Melissa Danner | 593836-1 | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 593836 | E593836 | Hourly |
| | **Job Title** | **Tax Reporting Unit Name** |
| | Medical Assistant, Expert | Pinnacle Health Medical Services |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 102 Woodland Avenue<br>New Cumberland, PA 17070<br>US | Medical Assistant, Expert | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 4-May-2025 | 17-May-2025 | 23-May-2025 | 23.88 |

## Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,924.30 | 22,787.23 |
| Imputed Earnings | 0.00 | 11.00 |
| Pretax Deductions | 171.94 | 1,861.21 |
| Employee Tax Deductions | 364.19 | 3,967.69 |
| Voluntary Deductions | 12.81 | 140.91 |
| Net Payment | 1,375.36 | 16,806.42 |

## Earnings

| Description | Current | Year to Date |
|---|---|---|
| Basic Life Taxable | 0.00 | 11.00 |
| Day OT Premium | 5.13 | 115.44 |
| Day OT Regular | 10.27 | 230.86 |
| Day Regular | 1,737.75 | 18,248.69 |
| Holiday Time Off Paid | 0.00 | 553.20 |
| Tuition Exempt ETU V1 | 0.00 | 2,210.18 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day OT Premium | | | 0.43 | Hours | 23.88 | 0.50 | 5.13 |
| Day OT Regular | | | 0.43 | Hours | 23.88 | 1.00 | 10.27 |
| Day Regular | | | 72.77 | Hours | 23.88 | 1.00 | 1,737.75 |
| PTO Entitlement | | | 7.17 | Hours | 23.88 | 1.00 | 171.15 |

## Absences

| Description | Current | Year to Date |
|---|---|---|
| PTO Buy Entitlement Payment | 0.00 | 520.35 |
| PTO Entitlement Payment | 171.15 | 897.51 |

## Hours

| Description | Current | Year to Date |
|---|---|---|
| Day OT Premium Hours Worked | 0.43 | 10.00 |
| Day OT Regular Hours Worked | 0.43 | 10.00 |
| Day Regular Hours Worked | 72.77 | 789.08 |
| Holiday Time Off Paid Hours Worked | 0.00 | 24.00 |
| PTO Buy Entitlement Hours | 0.00 | 22.57 |
| PTO Entitlement Hours | 7.17 | 38.68 |
| Paid Meal Break | 2.50 | 18.50 |
| Time Off Without Pay Hours Worked | 0.00 | 6.27 |



### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Advantage Silver EE Pre Tax | 24.92 | 274.12 |
| Elite Vision EE Pre Tax | 4.05 | 44.55 |
| PTO Buy Pre Tax V2 | 35.46 | 390.06 |
| Premium Dental EE Pre Tax | 11.29 | 124.19 |
| Savings Plan 403b | 96.22 | 1,028.29 |

### Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 131.88 | 1,383.45 |
| Social Security Employee Withheld | 114.62 | 1,224.14 |
| Medicare Employee Withheld | 26.80 | 286.29 |
| SIT Withheld (PA) | 56.75 | 673.67 |
| SUI Employee Withheld (PA) | 1.34 | 15.94 |
| City Withheld (PA,Cumberland,New Cumberland) | 9.24 | 109.72 |
| Head Tax Withheld (PA,Dauphin,Harrisburg) | 6.00 | 66.00 |
| School Withheld (PA,West Shore SD) | 17.56 | 208.48 |

### Other Deductions

| Description | Current | Year to Date |
|---|---|---|
| Alight General Loan (0) | 12.81 | 140.91 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 12810952404 | | | XXXXX4355 | USD | 500.00 |
| 12810952412 | | | XXXXXX6695 | USD | 875.36 |

### Tax Withholding Information

| Type | Marital Status | Total Dependent Amount | Extra Withholding |
|---|---|---|---|
| FEDERAL | Single or Married filing separately | 0.00 | 0.00 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| PA | | | 0.00 |