UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MELISSA A. DANNER | : | |
| | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| MELISSA A. DANNER | : | |
| | : | |
| Respondent(s) | : | CASE NO. **1:25-bk-02412** |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

COMES NOW Jack N. Zaharopoulos, Standing Chapter 13 Trustee, who objects to confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a) The plan is underfunded relative to claims to be paid – 100% plan.

2. The debtor(s) has not demonstrated that all tax returns have been filed as required by § 1325(a)(9) (for the years 2023 and 2024).

3. Trustee avers that debtor(s)' plan cannot be administered due to the lack of the following:

    a) The debtor(s) has not provided to the Trustee copies of 2024 Federal Income Tax returns as required by § 521(e)(2)(A).

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s)' plan.
    b. Dismiss or convert debtor(s)' case.
    c. Provide such other relief as is equitable and just.

Dated: October 9, 2025

Respectfully submitted:

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

JOHN M HYAMS ESQUIRE
1007 NORTH FRONT STREET, SUITE 3
HARRISBURG, PA 17102-

Dated: October 9, 2025

/s/ Jack N. Zaharopoulos
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee