United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Melissa A. Danner  
    Debtor

Case No. 25-02412-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Oct 10, 2025     Form ID: ntcnfhrg     Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melissa A. Danner, 102 Woodland Ave., New Cumberland, PA 17070-2059 |
| 5737312 | + | M&T Bank, PO Box 64910, Baltimore, MD 21264-4910 |
| 5737313 | | New Cumberland Borough, 1120 Market Street, New Cumberland, PA 17070 |
| 5737322 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 10 2025 18:45:21 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5737307 | | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 10 2025 18:45:37 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5744593 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2025 18:45:21 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5737308 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 10 2025 18:45:39 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5737309 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 10 2025 18:45:34 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5738051 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 10 2025 18:45:37 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5738580 | | Email/Text: mrdiscen@discover.com | Oct 10 2025 18:39:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 5737320 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Oct 10 2025 18:39:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5737310 | | Email/Text: mrdiscen@discover.com | Oct 10 2025 18:39:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5737321 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 10 2025 18:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5749201 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 10 2025 18:39:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5745011 | + | Email/Text: RASEBN@raslg.com | Oct 10 2025 18:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5737311 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 10 2025 18:45:10 | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |

| Recipient ID | Method | Date/Time | Address |
|---|---|---|---|
| 5748030 | Email/Text: camanagement@mtb.com | Oct 10 2025 18:39:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5737324 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 10 2025 18:39:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5737314 | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 10 2025 18:45:20 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5737315 | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 10 2025 18:45:31 | Synchrony Bank/Qvc, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 5737316 | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 10 2025 18:45:31 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5737317 | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 10 2025 18:45:20 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 5737318 | Email/Text: bncmail@w-legal.com | Oct 10 2025 18:39:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5737323 | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Oct 10 2025 18:39:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5737319 | ^ MEBN | Oct 10 2025 18:36:40 | UPMC in Central PA, PO Box 2353, Harrisburg, PA 17105-2353 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| John Matthew Hyams | on behalf of Debtor 1 Melissa A. Danner jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Melissa A. Danner,   Chapter   13

**Debtor 1**

Case No.   1:25−bk−02412−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 12, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: November 19, 2025  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 10, 2025 |

ntcnfhrg (08/21)