# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MELISSA A DANNER

CASE NO: 25-02412

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 11/10/2025, I did cause a copy of the following documents, described below,

1st Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/10/2025

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
1007 N. Front St. Suite 3 South
Harrisburg, PA 17102
717-766-5300
acb@johnhyamslaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>MELISSA A DANNER<br>DOMINIQUE A MCARTHUR | CASE NO: 25-02412<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 11/10/2025, a copy of the following documents, described below,

1st Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/10/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
1007 N. Front St. Suite 3 South
Harrisburg, PA  17102

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-02412
MIDDLE DISTRICT OF PENNSYLVANIA
MON NOV 10 7-58-41 PST 2025

CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

~~EXCLUDE~~

~~(U)MT BANK~~

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~SYLVIA H RAMBO US COURTHOUSE~~
~~1501 N 6TH STREET~~
~~HARRISBURG  PA 17102-1104~~

AFFIRM  INC
ATTN BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO  CA 94108-2716

AFFIRM  INC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

(P)DEPARTMENT OF LABOR  INDUSTRY
ATTN OFFICE OF CHIEF COUNSEL
651 BOAS STREET 10TH FLOOR
HARRISBURG PA 17121-0751

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CAPITAL ONE AUTO FINANCE
ATTN BANKRUPTCY
7933 PRESTON RD
PLANO  TX 75024-2302

CAPITAL ONE AUTO FINANCE  A DIVISION OF
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

~~EXCLUDE~~

~~(D)CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI~~
~~4515 N SANTA FE AVE DEPT APS~~
~~OKLAHOMA CITY  OK 73118-7901~~

CAPITAL ONE  NA  SUCCESSOR BY MERGER TO DI
PO BOX 3025
NEW ALBANY  OH 43054-3025

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY  OH 43054-3025

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

JPMORGAN CHASE BANK  NA
SBMT CHASE BANK USA  NA
ROBERTSON  ANSCHUTZ  SCHNEID
CRANE  PARTNERS  PLLC
6409 CONGRESS AVENUE  SUITE 100
BOCA RATON  FL 33487-2853

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

JPMCB
PO BOX 15369
WILMINGTON  DE 19850-5369

(P)MT BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

MT BANK
PO BOX 64910
BALTIMORE  MD 21264-4910

NEW CUMBERLAND BOROUGH
1120 MARKET STREET
NEW CUMBERLAND  PA 17070

OFFICE OF ATTORNEY GENERAL
FINANCIAL ENFORCEMENT
16TH FLOOR  STRAWBERRY SQUARE
HARRISBURG  PA 17120-0001

PA DEPARTMENT OF REVENUE
DEPARTMENT 280946  ATTNBANKRUPTCY
HARRISBURG  PA 17128-0946

SYNCHRONY BANKCARE CREDIT
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO  FL 32896-5060

SYNCHRONY BANKQVC
ATTN BANKRUPTCY
PO BOX 965065
ORLANDO  FL 32896-5065

SYNCHRONY BANKSAMS
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO  FL 32896-5060

SYNCHRONYPAYPAL CREDIT
ATTN BANKRUPTCY
PO BOX 965064
ORLANDO  FL 32896-5064

TARGET NB
CO FINANCIAL  RETAIL SERVICES MAILSTOP
PO BOX 9475
MINNEAPOLIS  MN 55440-9475

(P)U S  DEPARTMENT OF JUSTICE TAX DIVISION
CIVIL TRIAL SECTION EASTERN REGION
P O BOX 227
BEN FRANKLIN STATION
WASHINGTON DC 20044-0227

UPMC IN CENTRAL PA
PO BOX 2353
HARRISBURG  PA 17105-2353

EXCLUDE
UNITED STATES TRUSTEE
US COURTHOUSE
1501 N 6TH ST
HARRISBURG  PA 17102-1104

(P)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

EXCLUDE
JOHN MATTHEW HYAMS
LAW OFFICES OF JOHN M HYAMS
1007 N FRONT STREET
SUITE 3 SOUTH
HARRISBURG  PA 17102-3320

EXCLUDE
MELISSA A DANNER
102 WOODLAND AVE
NEW CUMBERLAND  PA 17070-2059