UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
MELISSA A. DANNER, :
    Debtor : CHAPTER 13
:
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
    Movant : CASE NO. 1-25-bk-02412-HWV
:
MELISSA A. DANNER, :
    Respondent :

TRUSTEE'S OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN

AND NOW, this 17th day of November 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Debtor has not demonstrated that all tax returns have been filed as required by § 1325(a)(9). (for the years 2023 and 2024).

1. Trustee avers that Debtor(s)' Plan cannot be administered due to the lack of the following:
    a. Debtor(s) has not provided to Trustee copies of the 2024 federal income tax

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

    b. Deny confirmation of Debtor(s)' Plan.
    c. Dismiss or convert Debtor(s)' case.
    d. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Douglas R. Roeder
      Attorney for Trustee

CERTIFICATE OF SERVICE

   AND NOW, this 17th day of November 2025, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

JOHN M HYAMS ESQUIRE
1007 NORTH FRONT STREET, SUITE 3
HARRISBURG, PA 17102-

          /s/Ashley Schott
          Office of Jack N. Zaharopoulos
          Standing Chapter 13 Trustee