UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  
MELISSA A DANNER

CASE NO: 25-02412-HWV

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 13

On 1/2/2026, I did cause a copy of the following documents, described below,

2nd Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/2/2026

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
1007 N. Front St. Suite 3 South
Harrisburg, PA 17102
717-766-5300
acb@johnhyamslaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MELISSA A DANNER

CASE NO: 25-02412-HWV

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 1/2/2026, a copy of the following documents, described below,

2nd Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/2/2026

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
1007 N. Front St. Suite 3 South
Harrisburg, PA 17102

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO                                                                                            EXCLUDE

  LABEL MATRIX FOR LOCAL NOTICING              CAPITAL ONE AUTO FINANCE   A DIVISION OF CAPI         (U)MT BANK
NCRS ADDRESS DOWNLOAD                          4515 N SANTA FE AVE DEPT APS
CASE 25-02412-HWV                              OKLAHOMA CITY   OK 73118-7901
MIDDLE DISTRICT OF PENNSYLVANIA
FRI JAN 2 10-6-11 PST 2026

EXCLUDE

US BANKRUPTCY COURT                            AFFIRM  INC                                           AFFIRM  INC
SYLVIA H RAMBO US COURTHOUSE                   ATTN BANKRUPTCY                                       RESURGENT CAPITAL SERVICES
1501 N 6TH STREET                              650 CALIFORNIA ST                                     PO BOX 10587
HARRISBURG  PA 17102-1104                      FL 12                                                 GREENVILLE  SC 29603-0587
                                               SAN FRANCISCO  CA 94108-2716


(P)DEPARTMENT OF LABOR  INDUSTRY               CAPITAL ONE                                           CAPITAL ONE AUTO FINANCE
ATTN OFFICE OF CHIEF COUNSEL                   ATTN BANKRUPTCY                                       ATTN BANKRUPTCY
651 BOAS STREET 10TH FLOOR                     PO BOX 30285                                          7933 PRESTON RD
HARRISBURG PA 17121-0751                       SALT LAKE CITY  UT 84130-0285                         PLANO  TX 75024-2302


                                               EXCLUDE

CAPITAL ONE AUTO FINANCE  A DIVISION OF        (D)CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI       CAPITAL ONE  NA  SUCCESSOR BY MERGER TO DI
AIS PORTFOLIO SERVICES  LLC                    4515 N SANTA FE AVE DEPT APS                          PO BOX 3025
4515 N SANTA FE AVE DEPT APS                   OKLAHOMA CITY  OK 73118-7901                          NEW ALBANY  OH 43054-3025
OKLAHOMA CITY  OK 73118-7901


DISCOVER FINANCIAL                             INTERNAL REVENUE SERVICE                              JPMORGAN CHASE BANK  NA
ATTN BANKRUPTCY                                PO BOX 7346                                           SBMT CHASE BANK USA  NA
PO BOX 3025                                    PHILADELPHIA  PA 19101-7346                           ROBERTSON  ANSCHUTZ  SCHNEID
NEW ALBANY  OH 43054-3025                                                                            CRANE  PARTNERS  PLLC
                                                                                                     6409 CONGRESS AVENUE  SUITE 100
                                                                                                     BOCA RATON  FL 33487-2853


(P)JEFFERSON CAPITAL SYSTEMS LLC               JPMCB                                                 (P)MT BANK
PO BOX 7999                                    PO BOX 15369                                          LEGAL DOCUMENT PROCESSING
SAINT CLOUD MN 56302-7999                      WILMINGTON  DE 19850-5369                             626 COMMERCE DRIVE
                                                                                                     AMHERST NY 14228-2307


MT BANK                                        NEW CUMBERLAND BOROUGH                                OFFICE OF ATTORNEY GENERAL
PO BOX 64910                                   1120 MARKET STREET                                    FINANCIAL ENFORCEMENT
BALTIMORE  MD 21264-4910                       NEW CUMBERLAND  PA 17070                              16TH FLOOR  STRAWBERRY SQUARE
                                                                                                     HARRISBURG  PA 17120-0001


PA DEPARTMENT OF REVENUE                       SYNCHRONY BANKCARE CREDIT                             SYNCHRONY BANKQVC
DEPARTMENT 280946  ATTNBANKRUPTCY              ATTN BANKRUPTCY                                       ATTN BANKRUPTCY
HARRISBURG  PA 17128-0946                      PO BOX 965060                                         PO BOX 965065
                                               ORLANDO  FL 32896-5060                                ORLANDO  FL 32896-5065


SYNCHRONY BANKSAMS                             SYNCHRONYPAYPAL CREDIT                                TARGET NB
ATTN BANKRUPTCY                                ATTN BANKRUPTCY                                       CO FINANCIAL  RETAIL SERVICES MAILSTOP
PO BOX 965060                                  PO BOX 965064                                         PO BOX 9475
ORLANDO  FL 32896-5060                         ORLANDO  FL 32896-5064                                MINNEAPOLIS  MN 55440-9475

| | | |
|---|---|---|
| | | ~~EXCLUDE~~ |
| (P)U S DEPARTMENT OF JUSTICE TAX DIVISION<br>CIVIL TRIAL SECTION EASTERN REGION<br>P O BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0227 | UPMC IN CENTRAL PA<br>PO BOX 2353<br>HARRISBURG PA 17105-2353 | ~~UNITED STATES TRUSTEE~~<br>~~US COURTHOUSE~~<br>~~1501 N 6TH ST~~<br>~~HARRISBURG PA 17102-1104~~ |
| | ~~EXCLUDE~~ | ~~EXCLUDE~~ |
| (P)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | ~~JOHN MATTHEW HYAMS~~<br>~~LAW OFFICES OF JOHN M HYAMS~~<br>~~1007 N FRONT STREET~~<br>~~SUITE 3 SOUTH~~<br>~~HARRISBURG PA 17102-3320~~ | ~~MELISSA A DANNER~~<br>~~102 WOODLAND AVE~~<br>~~NEW CUMBERLAND PA 17070-2059~~ |